## Commonwealth *v.* Payne, Appellant.

Submitted November 8, 1971. *Timothy J. Sullivan, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Perminter, Appellant.

Argued November 8, 1971. *Albert J. Dudash, Jr.,* Assistant Public Defender, for appellant; *James C. Tosh,* Assistant District Attorney, with him *Robert C. Reed,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.